# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| **EXXON MOBIL CORP** | **CASE NO.  2:25-CV-01696** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **MUDD FAMILY PARTNERSHIP L L C** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Mudd Family Partnerships, LLC's Rule 12 Motion to Dismiss" (Doc. 11) is **GRANTED** dismissing Exxon's Declaratory Judgment Action with prejudice.

**THUS DONE AND SIGNED** in chambers on this 16th day of March, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**